Ashkan Yekrangi [SBN 276211]
YEKRANGI & ASSOCIATES
One Park Plaza, Suite 600
Irvine, CA 92614
Telephone: (949) 285-1836
Email: ashkan@yeklaw.com
Attorney for Petitioner

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSEF SIBDARI, Manouchehr | Civ No: |
| | |
| Plaintiff, | |
| v. | **COMPLAINT FOR MANDAMUS AND DECLARATORY JUDGMENT** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS) | |
| | |
| Defendants | |

<u>COMPLAINT FOR MANDAMUS AND DECLATORY JUDGMENT</u>

Manouchehr Yousef Sibdari (Plaintiff) by and through undersigned counsel, complain of United States Citizenship and Immigration Services (USCIS) as follows:

## I. **<u>PREFATORY STATEMENT</u>**

1.  This action arises from Defendants USCIS failure to adjudicate Plaintiff's N-400, Application for Naturalization.

2.  Plaintiff, Manouchehr Yousef Sibdari, filed an N-400, Application for Naturalization on July 8, 2022, receipt number **IOE9626611615**. **See Exhibit A, Copy of N-400 receipt.**

3.  He attended his scheduled naturalization interview on December 19, 2022, he was given his results where it indicated he had passed his English Test, but a decision could not be made. **See Exhibit B, Copy of Naturalization Interview Results.**

4.  Plaintiff has contacted USCIS on numerous occasions and has submitted several inquiries requesting information regarding his pending case. **See Exhibit C, Copy of Online Inquiries.**

5.  To date, no action has been taken on the case and Plaintiff's life remains in limbo.

## II. **<u>JURISDICTION</u>**

6.  This is a civil action brought pursuant to 28 U.S.C § 1331 (federal question jurisdiction).

7.  The case is also brought pursuant to 5 U.S.C. §§ 555(b) and 706(1).

## III. **<u>VENUE</u>**

8.  Venue is proper in this district pursuant to 28 U.S.C. § 1391(e), because this is an action against officers and agencies of the United States in their official capacities, brought in the district where the Plaintiffs resides.

## IV. <u>PARTIES</u>

9.  Plaintiff, Manouchehr Yousef Sibdari is the applicant of the N-400 application, and he resides in Orange County, California.

10. Defendant USCIS is the agency responsible for adjudicating the N-400 application.  USCIS has failed to adjudicate Plaintiff's N-400.

## V. <u>EXHAUSTION OF REMEDIES</u>

11. No exhaustion requirements apply to the Plaintiff's complaint for a Writ of Mandamus or relief under the APA. The Plaintiff is owed a duty – the adjudication of his properly filed N-400, which has been duly filed with USCIS which has delayed and failed to adjudicate the Plaintiff's N-400 application. The Plaintiff has no other adequate remedy available for the harm he seeks to redress – the failure of Defendants to adjudicate Plaintiff's N-400.

12. Regardless, Plaintiff has taken several steps to advance the case, including multiple inquiries to USCIS. None of these attempts to advance the case have been fruitful.

## VI. <u>FACTS AND PROCEDURE HISTORY</u>

### A. The Application Process

13. The Naturalization process initiates when an immigration application is filed by the applicant. This application is filed and adjudicated by United States Citizenship and Immigration Services after the applicant attends and passes his English test at his scheduled interview. The applicant then receives an Oath Ceremony date where the applicant will take the Oath of Allegiance. In some cases, USCIS may give the applicant the option to take the oath on the same day as the applicant's interview.  In his case, the USCIS officer reserved his decision at the time of the interview and his N-400 application remains pending.

14. Plaintiff has been unable to proceed due to inaction by the Defendant.

## VII. <u>GENERAL ALLEGATIONS</u>

### Unreasonable Delay in Naturalization Interview Processing and Adjudication

15. Plaintiffs have waited patiently since 2022 for his case to be adjudicated and scheduled for his Oath Ceremony upon completing his naturalization interview and passing the required English test.

16. This inexplicable and inexcusable delay in processing Plaintiff's application violates his rights to pursue his United States Citizenship and reflects the Defendant's abandonment of its duty to process and adjudicate these applications.

## VIII. <u>CAUSES OF ACTION</u>

### Count 1 - Violation of Administrative Procedure Act

17. Plaintiff incorporates the allegations of the preceding paragraphs as if fully set forth herein.

18. The Defendant are legally required to adjudicate all matters presented to them within "a reasonable time" as set forth in section 555(b) of the Administrative Procedure Act ("APA"). 5 U.S.C. § 555(b).

19. When an agency fails to conclude a matter presented to it within a reasonable time, the APA grants judicial review to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(1).

20. Defendants have a mandatory duty to adjudicate applications within a reasonable time.

21. Because the Defendant failed to adjudicate Plaintiff's application within a reasonable period of time, the agencies have violated its obligations under the APA.

22. As a result of these violations, Plaintiff has suffered and continues to suffer injury in the form of unreasonable delays.

### *Count II – Mandamus Act*

23. All the foregoing allegations are repeated and realleged and incorporated herein.

24. The Mandamus Act allows a district court to "compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. 1361.

25. "Mandamus is an extraordinary remedy and is available to compel a federal official to perform a duty only if: (1) the individual's claim is clear and certain; (2) the official's duty is nondiscretionary, ministerial, and so plainly prescribed as to be free from doubt, and (3) no other adequate remedy is available." *Kildare v. Saenz*, 325 F.3d 1078, 1084 (9th Cir. 2003) (quoting *Patel v. Reno*, 134 F.3d 929, 931 (9th Cir. 1998).)

26. Defendant, including its sub-units, have a mandatory, non-discretionary duty to adjudicate Plaintiff's application. *See* INA §221, 8 C.F.R. §1201, and 9 FAM 403.7-3 (requiring a decision to issue or refuse each visa application submitted), *supra.*

27. Defendant, through its sub-unit, have a mandatory, ministerial, non-discretionary duty to complete the adjudication of Plaintiff's application within a reasonable time.

28. Plaintiff challenge only the reasonableness of Defendant's delay or inaction in the adjudication of the applications, not the grant or denial of this filing.

29. Further, no other adequate remedy is available because there is no other means for Plaintiff to have to have his case adjudicated. Lastly, the length of delay is unreasonable in light of the length of time passed and the harm done in keeping him from becoming a citizen of the United States. See *Telecomms. Research and Action Ctr. v. FCC*, 750 F.2d 70, 242 U.S. App. D.C. 222 (D.C. Cir. 1984). Accordingly, this Court's intervention is needed.

## IX. **PRAYER**

THEREFORE, Plaintiffs prays that this Court:

1. Order that Defendants adjudicate Plaintiff's case based on the documents provided and the completed interview.

2. Award Plaintiff his attorneys' fees, costs, and expenses as applicable, and

3. Grant such other relief as the Court deems just, equitable, and proper.

Respectfully submitted this 4th day of March 2024.


Dated:                                    Respectfully Submitted,


                        By:     /s/     Ashkan Yekrangi, Esq.



# EXHIBIT "A"

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

<u>THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.</u>



| Receipt Number<br>IOE9626611615 | USCIS Online Account Number<br>000428117738 | Case Type<br>N400 - APPLICATION FOR NATURALIZATION |
|---|---|---|
| Received Date<br>07/08/2022 | Priority Date | Applicant A209 360 767<br>MANOUCHEHR  YOUSEFSIBDARI |
| Notice Date<br>07/08/2022 | Page<br>1 of 1 | |

YOUSEFSIBDARI, MANOUCHEHR
c/o MANOUCHEHR YOUSEFSIBDARI
604 SAN NICHOLAS CT
LAGUNA BEACH  CA  92651-4458

**Notice Type:** Receipt Notice
**Received Amount:** $ 725.00 U.S. Paid

Thank you for submitting your application, petition, or request. Our office is currently processing it.

Please verify your personal information listed above. If you need to make any changes, immediately notify the USCIS Contact Center using the phone number below.

Next Steps:

- We will schedule you for an appointment at a USCIS Application Support Center (ASC) for you to provide your fingerprints, photograph and/or signature.
- We will mail you a separate biometrics appointment notice with the specific date, time, and ASC location. Please wait until you receive your appointment notice before going to the ASC.

Be advised that this notice does **NOT** serve as notification of your biometrics appointment.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the Contact Center TDD at 1-800-767-1833.

If you have questions about immigration benefits, services, filing information, or forms, please visit our website at www.uscis.gov or call the NCSC.
If your mailing address changes while your case is pending, please update it through your USCIS Online Account or by calling the USCIS Contact Center.

Please note that if a priority date appears on this notice, it does not reflect any earlier retained priority dates.

USCIS is switching back to the 2008 version of the civics test. Applicants with a "filing" date (also known as received date) on or after March 1, 2021, will take the 2008 version. For more information and to find study materials, visit the Citizenship Resource Center at uscis.gov/citizenship.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. BOX 25920
Overland Park KS 66225



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C    10/13/21



# EXHIBIT "B"



# Naturalization Interview Results

**Department of Homeland Security**

U.S. Citizenship and Immigration Services

USCIS
Form N-652

A-Number  ▶  A- 209360767

On 12/19/2022 , you were interviewed by USCIS officer CHRYSLER, A.

☒ You passed the English test and the U.S. history and government test.

☐ You passed the U.S. history and government test and you are exempt from the English language requirement.

☐ USCIS granted your request for a disability exception. The requirement to demonstrate English language ability and/or knowledge of U.S. history and government is waived.

☐ You will have another opportunity to be tested on your ability to  ☐ speak  ☐ read  ☐ write  ☐ understand English.

☐ You will have another opportunity to be tested on your knowledge of U.S. history and government.

☐ You did not pass the second and final test of your ☐ English ability ☐ knowledge of U.S. history and government. USCIS will not reschedule you for another interview for your Form N-400. USCIS will send you a written decision about your application.

☒ Follow the instructions on Form N-14,Request for Additional Information, Documents, or Forms.

☐ USCIS will send you a written decision about your application.

**A)** ☐ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified of when and where to report for your naturalization ceremony.

**B)** ☒ **A decision cannot be made yet about your application.**

**It is very important that you:**

1. Notify USCIS if you change your address.

2. Attend any scheduled interview.

3. Submit all requested documents.

4. Send any questions about your application in writing to the officer named above. Include your full legal name, Alien Registration Number (A-Number), and a copy of your Form N-652.

5. Attend your scheduled Oath Ceremony. Dress in proper attire to respect the dignity of this event (for example, do not wear jeans, shorts or flip flops).

6. Notify USCIS as soon as possible in writing if you cannot attend your scheduled interview or Oath Ceremony. Include a copy of the scheduling notice.

NOTE: Be advised that under section 336 of the Immigration and Nationality Act (INA), you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.



# EXHIBIT "C"



| Sep 29, 2023 | On September 29, 2023, your inquiry about why your case is taking longer than our processing time, referral number T1B2712305429SAA, was completed. |
| Sep 29, 2023 | On September 29, 2023, we sent a response to your inquiry about why your case is taking longer than our processing time, referral number T1B2712305429SAA. |
| Sep 29, 2023 | On September 29, 2023, your inquiry about why your case is taking longer than our processing time, referral number T1B2712305429SAA, was assigned to an officer for response. |
| Jun 30, 2023 | On June 30, 2023, your inquiry about why your case is taking longer than our processing time, referral number T1B18023043645AA, was completed. |
| Jun 30, 2023 | On June 30, 2023, we sent a response to your inquiry about why your case is taking longer than our processing time, referral number T1B1802304364SAA. |
| Jun 29, 2023 | On June 29, 2023, your inquiry about why your case is taking longer than our processing time, referral number T1B18023043645AA, was assigned to an officer for response. |
| Apr 19, 2023 | On April 19, 2023, your Other - Tier 1, referral number T1B0892301734MSC, was completed. |
| Apr 19, 2023 | On April 19, 2023, we sent a response to your Other - Tier 1, referral number T1B0892301734MSC. |
| Apr 05, 2023 | On April 5, 2023, your Other - Tier 1, referral number T1B0892301734MSC, was assigned to an officer for response. |
| Jul 08, 2022 | We are actively reviewing your Form N-400, Application for Naturalization. Our records showed nothing is outstanding at this time. |
| Jul 08, 2022 | We received your Form N-400, Application for Naturalization, and sent you a receipt notice. |

🌐 View Online

Cases    Search    Bulletins    News    More