JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANOUCHEHR YOUSEF SIBDARI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | No. 8:24-cv-00465-ADS<br><br>[PROPOSED] ORDER APPROVING STIPULATION TO REMAND CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES<br><br>Honorable Autumn D. Spaeth<br>United States Magistrate Judge |

The Court has considered the parties' Stipulation for Order Remanding Case to United States Citizenship and Immigration Services. With good cause showing, IT IS HEREBY ORDERED:

1. Plaintiff Manouchehr Yousef Sibdari's application for naturalization is REMANDED for adjudication to United States Citizenship and Immigration Services ("USCIS"). USCIS shall take any and all necessary actions to adjudicate Plaintiff's N-400 Application for Naturalization and issue a decision within 120 days after entry of this order of remand.

2. For purposes of this order, this time frame is limited to the decision by USCIS

on Plaintiff's application for naturalization, and does not include any decision by USCIS regarding any subsequent administrative appeal Plaintiff may ultimately file (pursuant to 8 C.F.R. § 336.2) in the event the application is denied.

3. If USCIS does not issue a decision on Plaintiff's application for naturalization within the time frame set forth above, Defendant shall not oppose any request by Plaintiff to this Court to vacate this remand order.

4. This action is DISMISSED with prejudice.

5. Each side shall bear its own attorneys' fees and costs.

Dated: 04/08/2024

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney, Chief,
Complex and Defensive Litigation Section

/s/ *Richard C. Burson*
RICHARD C. BURSON
Special Assistant United States Attorney

Attorneys for Defendants